**Electronically Filed
Supreme Court
SCOT-17-0000705
15-MAR-2018
02:49 PM**

SCOT-17-0000705

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

IN THE MATTER OF CONTESTED CASE HEARING RE
CONSERVATION DISTRICT USE APPLICATION (CDUA) HA-3568
FOR THE THIRTY METER TELESCOPE AT THE MAUNA KEA SCIENCE
RESERVE, KAʻOHE MAUKA, HAMAKUA, HAWAII, TMK (3)404015:009
_____

APPEAL FROM THE BOARD OF LAND AND NATURAL RESOURCES
(BLNR-CC-16-002 (Agency Appeal))


ORDER DISMISSING APPEAL
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Castagnetti, in place of Nakayama, J., recused)


Upon review of the record, it appears that:

(1)  On October 10, 2017, appellant Dwight J. Vicente filed a notice of appeal;

(2)  On December 5, 2017, the record on appeal for this case was filed in SCOT-17-0000777, as this court directed in its order dated December 4, 2017;

(3)  On December 5, 2017, the appellate clerk notified the parties that the opening brief was due on or before January 16, 2018;

(4) Vicente did not file an opening brief or request an extension of time;

(5) On February 28, 2018, the appellate clerk notified Vicente that the time for filing the opening brief had expired, the matter would be called to the court's attention on March 12, 2018, for appropriate action, which could include dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, and any request for relief from default should be made by motion; and

(6) Vicente took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 15, 2018.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti